UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCESCO GARGANO, MD,<br><br>                      Plaintiff,<br><br>-against-<br><br>ELEVANCE HEALTH, INC., formerly known as Anthem, Inc.,<br><br>                      Defendant. | 25-CV-8924 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff selected White Plains as the courthouse assignment for this matter. ECF No. 2. Plaintiff is directed to consult the Rules for the Division of Business Among District Judges – Southern District of New York and file a letter, no later than November 21, 2025, explaining the basis for this selection.

Dated: November 6, 2025
        New York, New York

                                          SO ORDERED.

                                          *Jessica Clarke*
                                          JESSICA G. L. CLARKE
                                          United States District Judge